# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

☐ **MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation**

☐ **MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation**

☐ **MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation**

☐ **MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation**

☐ **MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation**

☐ **MDL No. 2440 | In Re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation**

☐ **MDL No. 2511 | In Re Neomedic Pelvic Repair System Products Liability Litigation**

**Civil Action Number (SDWV):** _____

(To be filed electronically in each member case noted. DO NOT FILE IN MAIN MDL CASE.)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One:  ☐ Plaintiff Counsel    ☐ Defense Counsel    ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
|  |  |  |  |

| Bar Number and State: | E-Mail Address: |
|---|---|
|  |  |

Party Representing:

| Originating Case Number: | Originating District: |
|---|---|

Originating Short-Case Style:

| Direct Dial Number: | Cell Phone Number: |
|---|---|
| Secretary Name: | Paralegal Name: |

## LAW FIRM INFORMATION

Firm Name:

Address:

| City: | State: | Zip: |
|---|---|---|

| Firm Phone Number: | Firm Fax Number: |
|---|---|

Other members of firm involved in this litigation:

_____    s/ _____
Date                                              Electronic Signature

Rev. 02/14